This document was signed electronically on September 14, 2010, which may be different from its entry on the record.

IT IS SO ORDERED.



Dated: September 14, 2010

Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | Hazel K Lloyd | ) Chapter 13 Case No. 10-13629-M |
| | XXX-XX-0005 | ) |
| | | ) Hon. Pat E. Morgenstern-Clarren |
| | | ) |
| | Debtor | ) |

### ORDER DISMISSING CASE AND RELEASING
### INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT

This case came on for consideration by the Court upon all the matters scheduled for hearing on August 31, 2010. Upon the representations made in open court and upon the oral motion of the Trustee, the case is hereby dismissed for the following reason(s):

The Debtor is in material default in funding the Plan. The Debtor received notice that failure to make required plan payments could result in dismissal without further notice or hearing through the "Additional Notices for Chapter 13 Cases in Cleveland, Ohio" attached to the court-issued "Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, and Deadlines."

The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

Submitted by:
/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## SERVICE LIST

Craig Shopneck, Chapter 13 Trustee

Office of the U.S. Trustee (served via ECF)

All creditors and parties of interest

Kevin M Ryan, Attorney for Debtor (served via ECF)

Hazel K Lloyd, Debtor
23 Edgewood Dr
Grafton OH 44044

Home Depot, Employer
Attn: Payroll, 2455 Paces Ferry Road
Atlanta GA 30339


CS/bas
09/10/10